**Johnathan E. Mansfield, OSB #055390**
Email jmansfield@schwabe.com
**Tiffany A. Harris, OSB #023187**
Email tharris@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981
Fax 503.796.2900
        Of Attorneys for Defendant, Kenneth J. Cool

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **BERKELEY LAW & TECHNOLOGY GROUP, LLP, an Oregon limited liability partnership,**<br><br>         Plaintiff,<br><br>vs.<br><br>**KENNETH J. COOL, a Colorado resident,**<br><br>         Defendant. | No. CV 07-709 BR<br><br>NOTICE OF APPEARANCE OF JOHNATHAN E. MANSFIELD |

   Johnathan E. Mansfield of Schwabe, Williamson & Wyatt, P.C. hereby appears as counsel for Defendant Kenneth J. Cool in the above-captioned case.

Page 1 -    NOTICE OF APPEARANCE OF JOHNATHAN E. MANSFIELD

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981

PDX/055555/033333/JEM/1549106.1

Dockets.Justia.com

Dated this 21st day of May, 2007.

       Respectfully submitted,

       Schwabe, Williamson & Wyatt, P.C.


       By: <u>s/ Johnathan E. Mansfield</u>
          Johnathan E. Mansfield, OSB #055390
          Tiffany A. Harris, OSB #023187
          Telephone 503.222.9981
          Of Attorneys for Defendant, Kenneth J. Cool

Page 2 - NOTICE OF APPEARANCE OF JOHNATHAN E. MANSFIELD

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981

PDX/055555/033333/JEM/1549106.1