**Johnathan E. Mansfield, OSB #055390**
Email jmansfield@schwabe.com
**Tiffany A. Harris, OSB #023187**
Email tharris@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981
Fax 503.796.2900
        Of Attorneys for Defendant, Kenneth J. Cool

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **BERKELEY LAW & TECHNOLOGY GROUP, LLP, an Oregon limited liability partnership,**<br><br>                    Plaintiff,<br><br>        vs.<br><br>**KENNETH J. COOL, a Colorado resident,**<br><br>                    Defendant. | No. CV 07-709 BR<br><br>NOTICE OF APPEARANCE OF TIFFANY A. HARRIS |

    Tiffany A. Harris of Schwabe, Williamson & Wyatt, P.C. hereby appears as counsel for

Defendant Kenneth J. Cool in the above-captioned case.

Page 1 -    NOTICE OF APPEARANCE OF TIFFANY A. HARRIS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981

PDX/055555/033333/TH/1549407.1

Dockets.Justia.com

Dated this 21st day of May, 2007.

Respectfully submitted,

Schwabe, Williamson & Wyatt, P.C.


By:     s/ Tiffany A. Harris
        Johnathan E. Mansfield, OSB #055390
        Tiffany A. Harris, OSB #023187
        Telephone 503.222.9981
        Of Attorneys for Defendant, Kenneth J.
        Cool

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981