# United States District Court
### DISTRICT OF OREGON

| | |
|---|---|
| BERKELEY LAW & TECHNOLOGY GROUP, LLP, an Oregon limited liability partnership, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH J. COOL, a Colorado resident, <br><br> Defendant. | NO. _____ C/07- 70916 <br><br> SUMMONS IN A CIVIL ACTION |

TO:   Kenneth J. Cool
        c/o Kenneth J. Cool, PC
        7290 Brixham Circle
        Castle Rock, CO 80108

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY**:

    Lawrence H. Reichman, OSB No. 86083
    lreichman@perkinscoie.com
    Brent Barton, OSB No. 06269
    bbarton@perkinscoie.com
    Perkins Coie LLP
    1120 NW Couch Street, Tenth Floor
    Portland, OR 97209-4128

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY 14 2007

_____
Clerk

**DAWN L. STEPHENS**
_____
(By) Deputy Clerk

SUMMONS IN A CIVIL CASE - 1

Copyright © 1996 Attorney's Eagle Eye Service, Inc.
57391-0002/LEGAL13234503.1

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Oregon

Case Number: CV07-709

Plaintiff:
**BERKELEY LAW & TECHNOLOGY GROUP LLP**
vs.
Defendant:
**KENNETH J. COOL**

For:
Lawrence H. Reichman
Perkins Coie LLP
1120 N.W. Couch St., Ste 1000
Portland, OR 97209

Received by Hibernia Investigations, Inc. to be served on **KENNETH J. COOL, 7290 BRIXHAM CIR., CASTLE ROCK, CO 80108**.

I, Clive Mulvihill, do hereby affirm that on the **17th day of May, 2007** at **7:32 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS; COMPLAINT WITH JURY TRIAL DEMAND; CIVIL CASE ASSIGNMENT** with the date and hour of service endorsed thereon by me, to: **KENNETH J. COOL** at the address of: **7290 BRIXHAM CIR., CASTLE ROCK, CO 80108**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

_Clive Mulvihill_
Clive Mulvihill

Hibernia Investigations, Inc.
1701 Wynkoop St.
Suite 232
Denver, CO 80202
(303) 996-0641
Our Job Serial Number: 2007001193

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9s