Berkeley Law & Technology Group, LLP v. Cool                                                                                       Doc.

**Johnathan E. Mansfield, OSB #055390**
Email jmansfield@schwabe.com
**Tiffany A. Harris, OSB #023187**
Email tharris@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981
Fax 503.796.2900
        Of Attorneys for Defendant, Kenneth J. Cool

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **BERKELEY LAW & TECHNOLOGY GROUP, LLP, an Oregon limited liability partnership,**<br><br>           Plaintiff,<br><br>vs.<br><br>**KENNETH J. COOL, a Colorado resident,**<br><br>           Defendant. | No. CV 07-709 BR<br><br>**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 6(b), defendant, Kenneth J. Cool moves the court for an order extending the time to appear and answer plaintiff's First Amended Complaint to June 25, 2007.

Page 1 -   DEFENDANT'S UNOPPOSED MOTION TO EXTEND
            TIME TO ANSWER FIRST AMENDED COMPLAINT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981

PDX/117213/154514/TH/1554133.1

Dockets.Justia.com

Lawrence Reichman, counsel for plaintiff does not oppose this motion.

Dated this 5th day of June 2007.

        Respectfully submitted,

        Schwabe, Williamson & Wyatt, P.C.

By:   s/ Tiffany A. Harris
      Johnathan E. Mansfield, OSB #055390
      Tiffany A. Harris, OSB #023187
      Telephone 503.222.9981
      Of Attorneys for Defendant, Kenneth J. Cool

Page 2 - DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981

PDX/117213/154514/TH/1554133.1