**Johnathan E. Mansfield, OSB #055390**
Email jmansfield@schwabe.com
**Tiffany A. Harris, OSB #023187**
Email tharris@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981
Fax 503.796.2900
    Of Attorneys for Defendant, Kenneth J. Cool

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **BERKELEY LAW & TECHNOLOGY GROUP, LLP**, an Oregon limited liability partnership,<br><br>    Plaintiff,<br><br>vs.<br><br>**KENNETH J. COOL**, a Colorado resident,<br><br>    Defendant. | No. CV 07-709 BR<br><br>**MEMORANDUM IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT** |

    Defendant Kenneth Cool submits the following memorandum in support of his Unopposed Motion to Extend Time to Answer First Amended Complaint:

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 -  **MEMORANDUM IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981

PDX/117213/154514/TH/1555226.1

As set forth in the accompanying Declaration of Tiffany Harris, defendant's motion is unopposed and the requested extension of 14 days will facilitate the parties' efforts to settle this matter before it is placed at issue and before the need arises to undertake discovery and motion practice.

Dated this 7th day of June 2007.

Respectfully submitted,

Schwabe, Williamson & Wyatt, P.C.

By: s/ Tiffany A. Harris
Johnathan E. Mansfield, OSB #055390
Tiffany A. Harris, OSB #023187
Telephone 503.222.9981
Of Attorneys for Defendant, Kenneth J. Cool

Page 2 - MEMORANDUM IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT

PDX/117213/154514/TH/1555226.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981