**Johnathan E. Mansfield, OSB #055390**
Email jmansfield@schwabe.com
**Tiffany A. Harris, OSB #023187**
Email tharris@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981
Fax 503.796.2900
        Of Attorneys for Defendant, Kenneth J. Cool

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **BERKELEY LAW & TECHNOLOGY GROUP, LLP, an Oregon limited liability partnership,**<br><br>Plaintiff,<br><br>vs.<br><br>**KENNETH J. COOL, a Colorado resident,**<br><br>Defendant. | No. CV 07-709 BR<br><br>**DECLARATION OF TIFFANY A. HARRIS IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT** |

I, Tiffany A. Harris, do declare and say that under the penalty of perjury and the laws of the State of Oregon that the following is true.

1.     I am an associate at the law firm of Schwabe Williamson & Wyatt and one of the attorneys representing defendant Kenneth Cool in this matter.

2.     I have conferred with plaintiff's counsel Lawrence Reichman, and he does not oppose defendant's request for an extension of 14 days to appear and Answer plaintiff's First Amended Complaint, no later than June 25, 2007.

Page 1 -   **DECLARATION OF TIFFANY A. HARRIS IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT**
PDX/117213/154514/TH/1555220.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981

3. The parties are engaged in efforts to settle this matter before the case is placed at issue. The requested extension of time will facilitate these efforts.

**I hereby declare that the above statement is true to the best of my knowledge and belief and I understand that it is made for use as evidence in court and is subject to penalty for perjury.**

Dated this 7th day of June, 2007.

    /s/ Tiffany A. Harris
Tiffany A. Harris

Page 2 - **DECLARATION OF TIFFANY A. HARRIS IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981

PDX/117213/154514/TH/1555220.1