**Johnathan E. Mansfield, OSB #055390**
Email jmansfield@schwabe.com
**Tiffany A. Harris, OSB #023187**
Email tharris@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981
Fax 503.796.2900
        Of Attorneys for Defendant, Kenneth J. Cool

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **BERKELEY LAW & TECHNOLOGY GROUP, LLP**, an Oregon limited liability partnership,<br><br>              Plaintiff,<br><br>vs.<br><br>**KENNETH J. COOL**, a Colorado resident,<br><br>              Defendant. | No. CV 07-709 BR<br><br>**DEFENDANT'S SECOND UNOPPOSED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 6(b), defendant, Kenneth J. Cool moves the court for an order extending the time to appear and answer plaintiff's First Amended Complaint by one additional week, to July 2, 2007. Plaintiff agrees to the proposed extension.

This is defendant Cool's second such request. As demonstrated by the accompanying declaration and memorandum of law, the parties require an additional week for settlement negotiations.

Page 1 -    **DEFENDANT'S SECOND UNOPPOSED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT**
PDX/117213/154514/TH/1560846.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981

Dockets.Justia.co

Dated this 25th day of June 2007.

          Respectfully submitted,

          Schwabe, Williamson & Wyatt, P.C.

          By:    s/ Tiffany A. Harris
                  Johnathan E. Mansfield, OSB #055390
                  Tiffany A. Harris, OSB #023187
                  Telephone 503.222.9981
                  Of Attorneys for Defendant, Kenneth J. Cool

Page 2 - **DEFENDANT'S SECOND UNOPPOSED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT**

PDX/117213/154514/TH/1560846.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981