**Johnathan E. Mansfield, OSB #055390**
Email jmansfield@schwabe.com
**Tiffany A. Harris, OSB #023187**
Email tharris@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981
Fax 503.796.2900
        Of Attorneys for Defendant, Kenneth J. Cool

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **BERKELEY LAW & TECHNOLOGY GROUP, LLP, an Oregon limited liability partnership,**<br><br>                Plaintiff,<br><br>        vs.<br><br>**KENNETH J. COOL, a Colorado resident,**<br><br>                Defendant. | No. CV 07-709 BR<br><br>**MEMORANDUM IN SUPPORT OF DEFENDANT'S SECOND UNOPPOSED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT** |

        Defendant Kenneth Cool submits the following memorandum in support of his Second

Unopposed Motion to Extend Time to Answer First Amended Complaint:

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 -    **MEMORANDUM IN SUPPORT OF DEFENDANT'S SECOND UNOPPOSED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT**
PDX/117213/154514/TH/1560864.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981

As set forth in the accompanying Declaration of Tiffany Harris, the parties have been actively engaged in settlement negotiations. This motion, like the one before it, is unopposed.

Dated this 25th day of June 2007.

Respectfully submitted,

Schwabe, Williamson & Wyatt, P.C.

By: s/ Tiffany A. Harris
Johnathan E. Mansfield, OSB #055390
Tiffany A. Harris, OSB #023187
Telephone 503.222.9981
Of Attorneys for Defendant, Kenneth J. Cool

Page 2 - MEMORANDUM IN SUPPORT OF DEFENDANT'S SECOND UNOPPOSED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981

PDX/117213/154514/TH/1560864.1