**Johnathan E. Mansfield, OSB #055390**
Email jmansfield@schwabe.com
**Tiffany A. Harris, OSB #023187**
Email tharris@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981
Fax 503.796.2900
    Of Attorneys for Defendant, Kenneth J. Cool

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **BERKELEY LAW & TECHNOLOGY GROUP, LLP**, an Oregon limited liability partnership,<br><br>    Plaintiff,<br><br>vs.<br><br>**KENNETH J. COOL**, a Colorado resident,<br><br>    Defendant. | No. CV 07-709 BR<br><br>**DECLARATION OF TIFFANY A. HARRIS IN SUPPORT OF DEFENDANT'S SECOND UNOPPOSED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT** |

    I, Tiffany A. Harris, do declare and say that under the penalty of perjury and the laws of the State of Oregon that the following is true.

    1.    I am an attorney at the law firm of Schwabe Williamson & Wyatt and one of the attorneys representing defendant Kenneth Cool in this matter.

    2.    I have conferred with plaintiff's counsel Lawrence Reichman, and plaintiff does not oppose defendant's second request for an extension of time to appear and answer plaintiff's First Amended Complaint.

Page 1 - **DECLARATION OF TIFFANY A. HARRIS IN SUPPORT OF SECOND UNOPPOSED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT**
PDX/117213/154514/TH/1560896.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981

Dockets.Justia.com

3. The Court has already granted one such unopposed motion (for a 14-day extension). This request is for an additional seven days. Since the time that defendant filed his first unopposed motion, the parties have been actively engaged in settlement discussions, which are ongoing.

**I hereby declare under penalty of perjury that the foregoing is true and correct.** Dated this 25th day of June, 2007.

          /s/ Tiffany A. Harris
Tiffany A. Harris

Page 2 - **DECLARATION OF TIFFANY A. HARRIS IN SUPPORT OF SECOND UNOPPOSED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT**

PDX/117213/154514/TH/1560896.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981