Lawrence H. Reichman, OSB No. 86083
LReichman@perkinscoie.com
Brent Barton, OSB No. 06269
BBarton@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Plaintiff
Berkeley Law & Technology Group, LLP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| BERKELEY LAW & TECHNOLOGY GROUP, LLP, an Oregon limited liability partnership,<br><br>     Plaintiff,<br><br>  v.<br><br>KENNETH J. COOL, a Colorado resident,<br><br>     Defendant. | No. 3:07-CV-00709-BR<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Pursuant to Fed. R. Civ. P. 41(a)(1)(i) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff Berkeley Law &
Technology Group, LLP, through its attorneys Perkins Coie LLP, voluntarily dismisses this
action with prejudice, and without costs or fees to either party.

DATED: August 9, 2007.    **PERKINS COIE LLP**

            By: s/ Lawrence H. Reichman
              Lawrence H. Reichman, OSB No. 86083
              Brent Barton, OSB No. 06269

            Attorneys for Plaintiff
            Berkeley Law & Technology Group, LLP

1- **PLAINTIFF'S NOTICE OF DISMISSAL**

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

57391-0002/LEGAL13449864.2

Dockets.Justia.com

**2- PLAINTIFF'S NOTICE OF DISMISSAL**

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222